IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERM DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | :<br>:<br>: |
| Plaintiff, | : Civil Action No.<br>: 3:08-CV-0209<br>: (Phillips/Guyton) |
| v. | : |
| LANDOAK SECURITIES, LLC<br>PATRICK L. MARTIN; and<br>MICHAEL A. ATKINS, | :<br>:<br>: |
| Defendants. | : |

## FINAL JUDGMENT AS TO DEFENDANT MICHAEL A. ATKINS

The Securities and Exchange Commission having filed an Amended Complaint ("the Complaint") and Defendant Michael A. Atkins ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant, as well as his officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating or aiding and abetting violations of Section 206 of the Investment Advisers Act of 1940, 15



U.S.C. §80b-6, by, directly or indirectly, making use of means and instruments of transportation or communication in interstate commerce and of the mails, while acting as or aiding and abetting an investment adviser,

    (1) to employ any device, scheme, or artifice to defraud any client or prospective client; or

    (2) to engage in any transaction, practice, or course of business which operates as a fraud or deceit upon any client or prospective client.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay a civil penalty in the amount of $25,000 pursuant to Section 209(e) of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-9(e)]. Defendant shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Michael A. Atkins as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: AUG 10, 2009

*Thomas H. Phillips*
THE HONORABLE THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE