UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| SEC. & EXCH. COMM'N, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-cv-209 |
| ) | (Phillips/Guyton) |
| LANDOAK SEC., LLC, ) | |
| PATRICK L. MARTIN, and ) | |
| MICHAEL A. ATKINS, ) | |
|     Defendants. ) | |

## ORDER

This matter is before the Court on the report and recommendation filed by United States Magistrate Judge H. Bruce Guyton [Doc. 41] regarding the Motion of Securities and Exchange Commission to Impose a Civil Penalty Against Patrick L. Martin [Doc. 34]. There have been no timely objections to the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After a careful review of this matter, the Court is in agreement with the magistrate judge's recommendation that Plaintiff's motion to impose a civil penalty [Doc. 34] be **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Court **ACCEPTS IN WHOLE** the report and recommendation [Doc. 41] under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is hereby **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that Plaintiff's motion to impose a civil penalty [Doc. 34] is **GRANTED** to the extent that a civil penalty is **IMPOSED** against Defendant

Patrick L. Martin **in the amount of $30,000.00**, and **DENIED** to the extent that it requests a civil penalty greater than $30,000.00 be imposed against Defendant Martin.

**IT IS SO ORDERED.**

**ENTER:**

    s/ Thomas W. Phillips
    United States District Judge